Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile: 619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ELEGANT SOLUTIONS, INC., a corporation, also d/b/a Federal Direct Group; TREND CAPITAL LTD., a corporation, also d/b/a Mission Hills Federal; DARK ISLAND INDUSTRIES, INC., a corporation, also d/b/a Federal Direct Group and f/k/a Cosmopolitan Funding Inc.; HERITAGE ASSET MANAGEMENT, INC., a corporation, also d/b/a National Secure Processing; TRIBUNE MANAGEMENT, INC., a corporation, also d/b/a The Student Loan Group; MAZEN RADWAN, a/k/a Michael Radwan and Mike Radwan, individually and as an officer of Elegant Solutions, Inc., Trend Capital Ltd., Dark Island Industries, Inc., Heritage Asset Management, Inc., and Tribune Management, Inc.; RIMA RADWAN, individually and as an officer of Elegant Solutions, Inc., Trend Capital Ltd., Dark Island Industries, Inc., Heritage Asset Management, Inc., and Tribune Management, Inc.; and DEAN ROBBINS, individually and as an officer of Elegant Solutions, Inc., Trend Capital Ltd., Dark Island Industries, Inc., Heritage Asset Management, Inc., and Tribune Management, Inc.,<br><br>Defendants. | Misc. Case No.:_____<br><br>**NOTICE OF ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754**<br><br>United States District Court Central District of California Case No. 2:19-cv-01333-JVS-KES(x) |

On July 8, 2019, the Federal Trade Commission filed a Complaint for Permanent Injunction and Other Equitable Relief against Defendants in the United States District Court for the Central District of California. Attached hereto as Exhibit A is a true and correct copy of the Complaint. Court-Appointed Receiver, Thomas W. McNamara ("Receiver"), by and through the undersigned counsel, hereby provides notice, pursuant to 28 U.S.C. § 754, that on July 8, 2019, the Court entered an *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO"), appointing Mr. McNamara as Receiver over the Receivership Entities (TRO, Section XIV, page 17). Although originally filed under seal, the case has now been unsealed. A true and correct copy of the TRO is attached hereto as Exhibit B.

Respectfully submitted this 16th day of July, 2018.

McNamara Smith LLP

By: _____
Edward Chang (Cal. Bar No. 268204)
echang@mcnamarallp.com
655 West Broadway, Suite 1600
San Diego, CA 92101
Tel.: 619-269-0400
Fax: 619-269-0401

*Counsel for Receiver, Thomas W. McNamara*

1